UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESPERANZA COLLIER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EAGLE RECOVERY ASSOCIATES, INC.,<br><br>Defendant. | Case No.: 3:19-cv-1235-LAB-AHG<br><br>**ORDER:**<br><br>**(1) GRANTING IN PART JOINT MOTION TO VACATE AND EXTEND ENE;**<br><br>**(2) CONTINUING EARLY NEUTRAL EVALUATION;**<br><br>**(3) DENYING CONTINUANCE OF CASE MANAGEMENT CONFERENCE; and**<br><br>**(4) MODIFYING IN-PERSON CASE MANAGEMENT CONFERENCE TO TELEPHONIC, COUNSEL-ONLY CASE MANAGEMENT CONFERENCE**<br><br>**[ECF No. 17]** |

Before the Court is Plaintiff Esperanza Collier's ("Plaintiff") and Defendant Eagle Recovery Associates, Inc.'s ("Defendant") joint motion to vacate and extend the Early Neutral Evaluation ("ENE"), currently set for October 2, 2019. ECF No. 17.

Parties seeking to continue an ENE must demonstrate good cause. ECF No. 12 at 3 ("An ENE may be rescheduled only upon a showing of good cause"); Chmb.R. at 2 (stating that any request for continuance requires "[a] showing of good cause for the request"); *see, e.g.*, Fed. R. Civ. P 6(b) ("When an act may or must be done within a specified time, the court may, for good cause, extend the time"); Fed. R. Civ. P 16(b)(4) ("A schedule may be modified only for good cause and with the judge's consent").

"Good cause" is a non-rigorous standard that has been construed broadly across procedural and statutory contexts. *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010). The good cause standard focuses on the diligence of the party seeking to amend the scheduling order and the reasons for seeking modification. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) ("[T]he focus of the inquiry is upon the moving party's reasons for seeking modification. . . . If that party was not diligent, the inquiry should end.") (internal citation omitted).

Here, the parties have represented to the Court that they intend to exchange formal and informal discovery to better assess threshold issues of liability. ECF No. 17 at 2–4. The parties also represent that some necessary information is held by third parties, requiring subpoenas to be issued and HIPAA releases to be obtained. *Id*. at 3–4. However, by failing to provide a declaration from counsel, the parties failed to follow the Court's Order Setting ENE, as well as the Court's Chambers Rules. ECF No. 12 at 4 (requiring that the joint motion for continuance include a "declaration from counsel seeking the continuance that describes the steps taken to comply with the existing deadlines, and the specific reasons why the deadlines cannot be met"); Chmb.R. at 2 (same). The Court will take the parties at their words without the required declaration, but will not do so again.[1]

---

[1] "There can be no question that courts have inherent power to enforce compliance with their lawful orders . . ." *Shillitani v. United States*, 384 U.S. 364, 370 (1966); *see* CivLR 83.1 (authorizing imposition of sanctions based on a party's failure to comply with a court order).

Despite the joint motion's shortcomings, the Court finds good cause to continue the ENE. However, the Court declines to vacate the Case Management Conference ("CMC"), which was scheduled to occur immediately after the original ENE. *See* ECF No. 12 at 3. Thus, the Court **GRANTS IN PART** the motion and **CONTINUES** the ENE[2] to **November 18, 2019** at **9:30 a.m.** in the chambers of Magistrate Judge Allison H. Goddard, located at 221 West Broadway, Suite 3142, San Diego, California 92101. Parties shall comply with the mandatory requirements set forth in the Court's Order Setting ENE (ECF No. 12). The Court reiterates that personal appearances are required.

The CMC will **REMAIN**, as originally calendared, on **October 2, 2019** at **9:30 a.m.** before the Honorable Allison H. Goddard. However, instead of requiring personal attendance, the Court will permit the CMC to occur **telephonically**, and **with counsel only**. Counsel shall call the chambers teleconference line at 1-877-873-8018 and use 8367902 as the access code.

**IT IS SO ORDERED.**

Dated: September 26, 2019

_____
Honorable Allison H. Goddard
United States Magistrate Judge

---

[2] Since the ENE has been continued, the Confidential ENE Statements must be lodged with the Court no later than **November 13, 2019**. The Confidential ENE Statements shall comply with the mandatory requirements set forth in the Court's Order Setting ENE (ECF No. 12 at 2–3).
.