Yana A. Hart, Esq. (SBN: 306499)
yana@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3609
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Esperanza Collier

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Esperanza Collier, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Eagle Recovery Associates, Inc.,<br><br>Defendant. | **Case No.: 3:19-CV-01235-LAB-AHG**<br><br>**JOINT NOTICE OF SETTLEMENT** |

//
//
//
//
//
//
//

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Plaintiff anticipates filing a Request for Dismissal of this action in its entirety with prejudice as to the named Plaintiff and without prejudice as to the Putative Class within 45 days. Plaintiff requests that all pending dates, including the upcoming Early Neutral Evaluation Conference scheduled for November 18, 2019, as well as all filing requirement be vacated and that the Court set a deadline on or after November 22, 2019 for filing a Request for Dismissal.

Date: October 9, 2019         **KAZEROUNI LAW GROUP, APC**

                              By:  /s/ Yana A. Hart
                                   Yana A. Hart, Esq.
                                   *Attorneys for Plaintiff*


Date: October 9, 2019         **O'HAGAN MEYER LLC**

                              By:  /s/ Sean G.Rohan
                                   Sean G. Rohan, Esq.
                                   *Attorneys for Defendant*