1  Yana A. Hart, Esq. (SBN: 306499)
2  yana@kazlg.com
   **KAZEROUNI LAW GROUP, APC**
3  2221 Camino Del Rio South, Suite 101
   San Diego, CA 92108
4  Telephone: (619) 233-7770
5  Facsimile: (619) 297-1022

6
7  *Attorneys for Plaintiff,*
   Esperanza Collier

8
9

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Esperanza Collier, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Eagle Recovery Associates, Inc.,<br><br>Defendant. | CASE NO. 3:19-CV-01235-LAB-AHG<br><br>**JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

Plaintiff Esperanza Collier and Defendant Eagle Recovery Associates, Inc. ("the Parties") hereby moves to dismiss the above entitled action with prejudice as to the named Plaintiff and without prejudice as to the Putative Class, pursuant to Fed. R. Civ. Procedure 41(a)(1)(ii), each party shall bear hiss/its own costs. The notice and approval requirements of Federal Rule of Civil Procedure 23(e) are inapplicable to the parties' settlement and dismissal of this Putative Class action because this action has not been certified as a class.

WHEREFORE, the Parties respectfully requests that this court dismiss this action with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class.

Date: January 14, 2020                                **KAZEROUNI LAW GROUP, APC**

                                                                                By:  s/ Yana A. Hart
                                                                                        Yana A. Hart, Esq.
                                                                                        *Attorneys for Plaintiff*

Date: January 14, 2020                                **D. SCOTT CARRUTHERS, APLC**

                                                                                By:  s/ Sean G. Rohan
                                                                                        Sean G. Rohan, Esq.
                                                                                        *Attorneys for Defendant*

### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Sean G. Rohan, counsel for the Defendant, and that I have obtained their authorization to affix their electronic signature to this document.

Date: : January 14, 2020                              **KAZEROUNI LAW GROUP, APC**

                                                                                By:  s/ Yana A. Hart
                                                                                        Yana A. Hart, Esq.
                                                                                        *Attorneys for Plaintiff*