|  |  |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| ESPERANZA COLLIER, individually and on behalf of all others similarly situated, | Case No. 19:CV-1235-LAB (AHG) |
|---|---|
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| EAGLE RECOVERY ASSOCIATES, INC., | |
| Defendants. | |

1  The joint motion to dismiss (Docket no. 28) is **GRANTED**. As to claims by named Plaintiff Esperanza Collier, this action is **DISMISSED WITH PREJUDICE**. As to claims by the putative class, this action is **DISMISSED WITHOUT PREJUDICE**. The parties shall each bear their own costs.

DATED: January 15, 2020

_____
Hon. Larry Alan Burns
Chief United States District Judge